64a 379,
95 672
64a 379
98 553

[In Bank—December 14, 1883.]

ESTATE OF WILLIAM HARLAND, DECEASED—
MARY HARLAND, WIDOW, APPELLANT, ISABELLA
L. O'BANNON, RESPONDENT.

ESTATES OF DECEASED PERSONS—APPLICATION TO SET ASIDE HOMESTEAD—APPEAL.
—An appeal from a decree denying the application of a widow to have a
homestead set aside out of the estate of her deceased husband, must be taken
within sixty days after the entry of the decree.

APPEAL from a decree of the Superior Court of the county
of Tulare, denying an application to set aside a homestead.

The facts are stated in the opinion of the court.

*Bennett & Wiggington*, for Appellant.

*Brown & Daggett,* for Respondent.

PER CURIAM.—On the 26th of December, 1882, the court
denied the application of appellant to have a homestead set aside
to her out of the estate of her deceased husband. Notice of
appeal was filed and served on the 7th day of June, 1883.

We think the appeal should have been taken within sixty
days after said order, decree, or judgment was entered. (Code
Civ. Proc. § 1715; *Estate of Burns*, 54 Cal. 223.)

Appeal dismissed.